## WILLIAM S. ATLEE v. THE BOARD OF SUPERVISORS OF WEXFORD COUNTY.

*Certiorari—Organization of new township.*

*Certiorari* will not lie to review the proceedings of the board of supervisors organizing a township, after officers have been elected and property assessed for taxation therein; citing *School-dist. v. School Inspectors*, 27 Mich. 3.[1]

*Certiorari* to review proceedings organizing a township. Submitted on briefs January 6, 1893. Writ dismissed February 10, 1893. The facts are stated in the opinion.

*Chittenden & Lamb*, for petitioner.

HOOKER, C. J. This cause comes to this Court by *certiorari* to the board of supervisors of Wexford county to review the proceedings of said board in relation to the attempted organization of the township of Slagle from certain territory taken wholly from the township of Springville.

The action complained of was taken by the board in June, 1891, and no steps were taken to review it for about 14 months. Meantime, we infer, officers had been elected and property assessed for taxation, as counsel ask that the

---

[1] See *Perrizo v. Kesler*, 93 Mich. 280.

tax rolls may be ordered into the hands of the officers of the township of Springville for collection. The case is within the principle laid down in the case of *Fractional School-dist. v. School Inspectors,* 27 Mich. 3.

*Certiorari* dismissed.

The other Justices concurred.